UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-334-11FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHNATHAN MAURICE MACK | **ORDER** |

Upon consideration of the Second Amended Motion for Revocation [D.E. 706], Johnathan Maurice Mack's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a revocation sentence of 8 months imprisonment, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on Mack's admissions to Violations 2, 3 and 4 and the Government's uncontested factual proffer as to Violation 1, the Court finds as a fact that he has violated the terms and conditions of the judgment as follows:

Violation 1: Criminal Conduct
Violation 2: Absconding from supervision
Violation 3: Using a controlled substance
Violation 4: Failure to pay monetary obligation

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 8 months, with no supervision to follow

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 31st day of July, 2026.

LOUISE W. FLANGAN
United States District Judge